# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:15CR164 |
| vs. | ) | |
| | ) | ORDER |
| BRIANA M. HAMPTON, | ) | |
| JACOB J. BARRICKMAN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Briana M. Hampton's Motion to Continue Trial [61] as counsel needs additional time to investigate plea negotiations. The defendant shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial, **for both defendants**, now set for December 1, 2015 is continued to **January 12, 2016.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 12, 2016** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED November 18, 2015.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**