# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:15CR164 |
| vs. | ) | |
| JACOB J. BARRICKMAN and BRIANNA M. HAMPTON, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the unopposed Motion to Continue Trial [66]. Counsel has recently been retained and needs additional time to explore plea negotiations and prepare for trial. The defendant has complied with NECrimR 12.1(a). See filing [67]. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [66] is granted, as follows:

1. The jury trial, **for both defendants**, now set for January 12, 2016 is continued to **February 23, 2016.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 23, 2016**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED January 5, 2016.**

> BY THE COURT:
>
> s/ F.A. Gossett, III
> **United States Magistrate Judge**